UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Steven K. Douglas,   Civil No. 06-320  JNE/AJB

    Petitioner,

v.

**ORDER**

R.L. Morrison,

    Respondent.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated May 15, 2006, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that Steven Douglas' Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is **granted**. [Docket No. 1]. The Bureau of Prisons shall timely conduct an individualized review of petitioner's CCC eligibility.

Dated: June 1, 2006

        s/ Joan N. Ericksen
        Joan N. Ericksen
        United States District Court Judge